## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STOUT CONRAD, LLC<br>  Plaintiff<br><br>v.<br><br>KERR-MCGEE OIL & GAS ONSHORE LP<br>  Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | 2:24-CV-00171-JDC-TPL<br><br>JUDGE JAMES D. CAIN, Jr.<br><br>MAG. JUDGE THOMAS<br>LEBLANC |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PROPOSED ORDER**

Considering the foregoing Defendants Kerr-McGee Oil & Gas Onshore LP and Anadarko US Offshore LLC's Motion to Dismiss,

IT IS HEREBY ORDERED that Defendants Kerr-McGee Oil & Gas Onshore LP and Anadarko US Offshore LLC's Motion to Dismiss is GRANTED and the following claims asserted by Stout Conrad, LLC are dismissed: (1) breach of the Section 34 Lease, (2) breach of express remediation obligations, (3) breach of servitude obligations, (4) civil fruits, (5) unjust enrichment, (6) failure to provide notice under Louisiana Civil Code Art. 2688, (7) standalone claims under Louisiana Revised Statute § 30:29 ("Act 312"), (8) fraud, (9) land loss, subsidence, and the cost of backfilling, (10) Section 324A of the Restatement (Second) of Torts, (11) strict liability under Louisiana Civ. Code Art. 667, (12) Mineral Code Art. 11 strict liability claims, (13) Continuing Tort, Continuing Nuisance, and Continuing Trespass, and (14) third-party beneficiary claims.

THUS DONE AND SIGNED on the _____ day of _____, 2024 in _____, Louisiana

_____
HONORABLE JAMES D. CAIN, JR.

JUDGE, U.S. DISTRICT COURT