**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| STOUT CONRAD, LLC | * | 2:24-CV-00171-JDC-TPL |
|     Plaintiff | * | |
| | * | JUDGE JAMES D. CAIN, Jr. |
| v. | * | |
| | * | MAG. JUDGE THOMAS |
| KERR-MCGEE OIL & GAS ONSHORE LP | * | LEBLANC |
|     Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS KERR-MCGEE OIL & GAS ONSHORE LP AND ANADARKO US OFFSHORE LLC'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT WITHDRAWING 12(B)(6) MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR LAND LOSS, SUBSIDENCE, AND THE COST OF BACKFILLING**

NOW INTO COURT, through undersigned counsel, come Defendants, Kerr-McGee Oil & Gas Onshore LP and Anadarko US Offshore LLC ("KMOGO"), which respectfully withdraws its 12(b)(6) Motion to Dismiss regarding Plaintiff's claims for Land Loss, Subsidence, and the Cost of Backfilling contained in "Kerr-McGee Oil & Gas Onshore LP & Anadarko US Offshore LLC's Motion to Dismiss" (Rec. Doc. 23). KMOGO's Memorandum in Support (Rec. Doc. 23-1) inadvertently mis-cited the prior ruling of this Court in *Withrow v. Chevron USA Inc.*, 2022 U.S. Dist. LEXIS 109949 (W.D. La. June 21, 2022). Accordingly, and to expedite the Court's review of KMOGO's remaining requests to dismiss Plaintiff's claims under Rule 12(b)(6), KMOGO will withdraw its request to dismiss Plaintiff's claims for Land Loss, Subsidence, and the Cost of Backfilling.

KMOGO's request does not seek to withdraw any other requests for relief contained in its Motion to Dismiss. KMOGO further submits that opposing counsel consents to the requested withdrawal and that no separate memorandum is required to be provided with this motion pursuant to Western District Local Rule 7.4.1

Respectfully submitted,

 /s/ Meghan E. Smith
**CHRISTOFFER  FRIEND (#1888)**
**MEGHAN E. SMITH (#34097)**
**PHILIP WOOD (#33435)**
**RACHEL SCARAFIA (#36664)**
**MARISA DEL TURCO (#40336)**
**Jones Walker LLP**
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8322
cfriend@joneswalker.com
msmith@joneswalker.com
pwood@joneswalker.com
rscarafia@joneswalker.com
mdelturco@joneswalker.com

-and-

**ERIC MORVANT (#39996)**
**Jones Walker LLP**
445 North Blvd, Suite 800
Baton Rouge, Louisiana 70802
Telephone: 225/248-2000
 Facsimile: 225/248-3154
emorvant@joneswalker.com

*Counsel for Kerr-McGee Oil Gas Onshore LP & Anadarko E&P Offshore LLC*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of May, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first-class postage prepaid.

                                                      */s/ Meghan E. Smith*